No. 72–966. CONFEDERATION LIFE INSURANCE Co. *v.* CONTE. Sup. Ct. Fla. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN would grant certiorari and set case for oral argument. See *Confederation Life Insurance Co.* v. *De Lara,* 409 U. S. 953 (dissenting opinion).

No. 72–5641. KUCHENREUTHER *v.* IOWA. Dist. Ct. Iowa, Pocahontas County. Certiorari denied for want of final judgment. See 28 U. S. C. § 1257.

No. 72–5745. LOPEZ *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Motion for leave to use record in No. 804, Misc., October Term 1963 [*Lopez* v. *California,* 375 U. S. 994] granted. Certiorari denied.

No. 70–18. ROE ET AL. *v.* WADE, DISTRICT ATTORNEY OF DALLAS COUNTY, *ante,* p. 113; ·

No. 70–40. DOE ET AL. *v.* BOLTON, ATTORNEY GENERAL OF GEORGIA, ET AL., *ante,* p. 179;

No. 71–564. DISTRICT OF COLUMBIA *v.* CARTER, 409 U. S. 418;

No. 71–6272. ROBINSON *v.* NEIL, WARDEN, 409 U. S. 505;

No. 72–243. CLEAN AIR COORDINATING COMMITTEE *v.* ROTH ADAM FUEL CO. ET AL., 409 U. S. 1117;

No. 72–451. KENNEDY ET AL. *v.* BUREAU OF NARCOTICS AND DANGEROUS DRUGS, UNITED STATES DEPARTMENT OF JUSTICE, ET AL., 409 U. S. 1115;

No. 72–474. SCHATTMAN *v.* TEXAS EMPLOYMENT COMMISSION ET AL., 409 U. S. 1107;

No. 72–483. SALAZAR *v.* UNITED STATES, 409 U. S. 1107;

No. 72–485. NORMAN *v.* UNITED STATES, 409 U. S. 1107; and

No. 72–525. COOPER *v.* UNITED STATES, 409 U. S. 1107. Petitions for rehearing denied.